IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN SHIBILSKI,

    Plaintiff,

  v.

                                            Case No.  20-cv-666-wmc

JAMES R. MOSS, SCOTT VON HADEN,
BONITA DENNEE, THOMAS DRAKE,
MICHELE MCCREA, & LADYSMITH
FEDERAL SAVINGS AND LOAN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 2/1/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |